**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:24-cv-3432-PAB-NRN

MAC PIERCE, NIKI HUGHES,
SEAN HUGHES, & VALERIE CUMMING,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PHOTOBUCKET INC.,

    Defendant.

**DEFENDANT PHOTOBUCKET.COM, INC.'S UNOPPOSED MOTION TO VACATE CASE MANAGEMENT CONFERENCE**

Pursuant to the Court's Order Setting Scheduling Conference (ECF 4), Defendant Photobucket.com, Inc. ("Photobucket") respectfully requests that the dates for the submission of a proposed schedule and for the Scheduling Conference, currently set for March 6 and 13, 2025 respectively, be vacated and reset, or in the alternative continued by sixty-three (63) days.  Photobucket will be filing a motion to compel arbitration pursuant to Section 4 of the Federal Arbitration Act (the "FAA," 9 U.S.C. § 4 *et seq.*) by Friday, March 7, 2025, which implicates a stay of proceedings mandated under the FAA or alternatively pursuant to the court's inherent authority. *See* 9 U.S.C. § 3.

Pursuant to D.C.COLO.LCivR 7.1(a), the parties conferred on February 18, 2025 and discussed Photobucket's planned motion to compel arbitration, and to discuss the instant request to continue the case management conference and a further motion to stay proceedings pending arbitration pursuant to the Court's inherent power.  Through further conference via email, Plaintiffs confirmed that they did not oppose this request to reset the case management conference.  Pending review of the motion, the parties will confer further to determine if limited discovery is needed for purposes of opposing the motion to compel arbitration, and whether a separate motion to stay proceedings pursuant to the court's inherent power is appropriate.

Photobucket respectfully requests this Court vacate the dates set for the Scheduling Conference and the related submission of a proposed schedule (ECF 4), to be reset if needed for a date twenty-eight (28) days following the disposition of the forthcoming motion to compel arbitration. Alternatively, Photobucket respectfully requests that the Scheduling Conference be continued sixty-three (63) days to May 15,

2025. This request is made in good faith and not for the purposes of delay. Rather, it is made to ensure that this matter proceeds in a manner consistent with the Federal Arbitration Act's mandatory provisions and under the Court's inherent authority.

Dated: March 3, 2025

                                                Respectfully submitted,

                                                */s/ James Beard*
                                                MERCHANT & GOULD, P.C.
                                                Rachel Scobie
                                                rscobie@merchantgould.com
                                                150 South Fifth Street, Suite 2200
                                                Minneapolis, Minnesota 55402
                                                Telephone:   612.332.5300
                                                Facsimile:    612.332.9081

                                                Jonathan Berschadsky
                                                jberschadsky@merchantgould.com
                                                500 5th Avenue, Suite 4100
                                                New York, New York 10110
                                                Telephone:   212.223.7241
                                                Facsimile:    612.332.9081

                                                James W. Beard
                                                jbeard@merchantgould.com
                                                1801 California St., Suite 3300
                                                Denver, CO 80202
                                                Telephone:   303.357.1670
                                                Facsimile:    612.332.9081

                                                *Attorneys for Defendant Photobucket.com, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 3, 2025, a true and accurate copy of the foregoing document was served via ECF to all counsel of record.

*/s/ James Beard*
James Beard
