**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| MAC PIERCE, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:24-cv-3432-PAB-NRN |
| PHOTOBUCKET INC., | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Plaintiffs Mac Pierce, Niki Hughes, Sean Hughes, and Valerie Cumming, by and through undersigned counsel, respectfully file this unopposed motion to extend the time by which they must file a response to Defendant's Motion to Compel Arbitration and Stay Proceedings (dkt. 19) and state as follows:

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(a), the parties have conferred and Defendant does not oppose the relief sought herein.

**MOTION**

1. On March 7, 2025, Defendant filed its Motion to Compel Arbitration and Stay Proceedings. (Dkt. 19.) Pursuant to Local Rule 7.1(d), Plaintiffs' response to the Motion to Compel Arbitration is due on or before March 28, 2025.

2. In a previous meet and confer held by telephone on February 18, 2025, counsel for Plaintiffs indicated to defense counsel that Plaintiffs may seek limited discovery related to Defendant's then-forthcoming Motion to Compel Arbitration after it was filed and Plaintiffs had an opportunity to review.

3. After Defendant filed its Motion to Compel Arbitration, Plaintiffs' counsel reviewed the motion and supporting exhibits and conferred with counsel by email on March 19 and March 21, 2025, to informally request certain limited records related to issues raised in the Motion to Compel Arbitration.

4. Counsel reached agreement regarding the requests, and Defendant is in the process of producing the same.

5. To give Plaintiffs adequate time to confer with their clients and fully respond to the Motion to Compel Arbitration in light of the requested records, Plaintiffs respectfully ask that their deadline to respond to the Motion to Compel Arbitration be extended two (2) weeks to April 11, 2025.

6. Plaintiffs' counsel conferred with defense counsel by email on March 24 and 25, 2025, and confirmed that Defendant does not oppose the relief sought herein.

7. This request is made in good faith and not to cause undue delay. No party will be prejudiced by the relief sought herein.

8. This is the first request for an extension of time to file a response in opposition to Defendant's Motion to Compel Arbitration.

9. Pursuant to Local Rule 6.1(c), a copy of this motion has been served on Plaintiffs and all attorneys of record.

WHEREFORE, Plaintiffs respectfully move this Court to extend the date on which a response to Defendant's Motion to Compel Arbitration is due by two (2) weeks from March 28, 2025 to April 11, 2025.

DATED: March 25, 2025

Respectfully submitted,

/s/ Aaron M. Tucek

Mike Kanovitz
Aaron Tucek
Isaac Green
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(P) (312) 243-5900
(F) (312) 243-5902
mike@loevy.com
aaron@loevy.com
green@loevy.com

Daniel Twetten
LOEVY & LOEVY
2060 Broadway Street, Suite 460
Boulder, CO 80302
(P) (720) 583-6514
(F) (312) 243-5902
dan@loevy.com

**CERTIFICATE OF SERVICE**

I, Aaron M. Tucek, an attorney, hereby certify that on March 25, 2025, I served the foregoing unopposed motion for extension of time on all counsel of record electronically by filing it via CM/ECF.

/s/ Aaron M. Tucek