**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| MAC PIERCE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-3432-PAB-NRN |
| | ) | |
| PHOTOBUCKET INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Plaintiffs Mac Pierce, Niki Hughes, Sean Hughes, and Valerie Cumming, by and through undersigned counsel, respectfully file this unopposed motion to extend the time by which they must file a response to Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. 25) and state as follows:

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a), the parties have conferred and Defendant does not oppose the relief sought herein.

## MOTION

1. On March 7, 2025, Defendant filed a Motion to Compel Arbitration and Stay Proceedings. (Dkt. 19.)

2. The parties subsequently reached agreement regarding Plaintiffs' requests for certain limited records related to issues raised in the Motion to Compel Arbitration.

3. Plaintiffs then sought and received a two-week extension of time to file their response to the Motion to Compel Arbitration to allow adequate time for Plaintiffs' counsel to

confer with their clients and to fully respond to the Motion to Compel Arbitration once they received the requested records. (Dkts. 23, 24.)

4. On April 8, 2025, Defendants produced certain requested files and communicated their intention to file an Amended Motion to Compel Arbitration.

5. Defendants filed an Amended Motion to Compel Arbitration on April 11, 2025. (Dkt. 25).

6. Plaintiffs' deadline to respond to the Amended Motion to Compel Arbitration is May 2, 2025.

7. Since Defendant filed its Amended Motion to Compel Arbitration, Plaintiffs' undersigned lead counsel has been engaged with several other matters including briefing a motion for emergency injunctive relief, a hearing on which was recently scheduled for May 2, 2025. Accordingly, undersigned counsel requires additional time to confer with his clients and fully respond to the Amended Motion to Compel Arbitration in light of the produced records.

8. Plaintiffs respectfully ask that their deadline to respond to the Motion to Compel Arbitration be extended by two (2) weeks to May 16, 2025.

9. Plaintiffs' counsel conferred with defense counsel by email on April 29 and by phone and email on May 1, 2025, and confirmed that Defendant does not oppose the relief sought herein.

10. This request is made in good faith and not to cause undue delay. No party will be prejudiced by the relief sought herein.

11. This is the first request for an extension of time to file a response in opposition to Defendant's Amended Motion to Compel Arbitration and the second request for an extension of time to respond to Defendant's Motion to Compel Arbitration briefing.

12. Pursuant to Local Rule 6.1(c), a copy of this motion has been served on Plaintiffs and all attorneys of record.

WHEREFORE, Plaintiffs respectfully move this Court to extend the date on which a response to Defendant's Motion to Compel Arbitration is due by two (2) weeks from May 2, 2025 to May 16, 2025.

DATED: May 1, 2025

Respectfully submitted,

/s/ Mike Kanovitz

Mike Kanovitz
Aaron Tucek
Isaac Green
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(P) (312) 243-5900
(F) (312) 243-5902
mike@loevy.com
aaron@loevy.com
green@loevy.com

Daniel Twetten
LOEVY & LOEVY
2060 Broadway Street, Suite 460
Boulder, CO 80302
(P) (720) 583-6514
(F) (312) 243-5902
dan@loevy.com

**CERTIFICATE OF SERVICE**

I, Mike Kanovitz, an attorney, hereby certify that on May 1, 2025, I served the foregoing unopposed motion for extension of time on all counsel of record electronically by filing it via CM/ECF.

/s/ Mike Kanovitz