### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MAC PIERCE, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:24-cv-3432-PAB-NRN |
| PHOTOBUCKET INC., | ) ) ) |
| Defendant. | ) |

### DEFENDANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO AMENDED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS[1]

Defendant Photobucket.com, Inc., by and through undersigned counsel, respectfully files this unopposed motion to extend the time by which it must file a response to Plaintiffs' Response to the Amended Motion to Compel Arbitration and Stay Proceedings (ECF 32 ("Response"); *and see* ECF 25 ("Amended Motion") and states as follows:

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a), the parties have conferred and Plaintiffs do not oppose the relief sought herein, while preserving any objection to new evidence being presented on reply.

### MOTION

1. On March 7, 2025, Defendant filed a Motion to Compel Arbitration and Stay Proceedings. (ECF 19.)

---

[1] Response (ECF 32) to Amended Motion (ECF 25).

2.	The parties subsequently reached agreement regarding Plaintiffs' requests for certain limited records related to issues raised in the Motion to Compel Arbitration.

3.	Plaintiffs then sought and received a two-week extension of time to file their response to the Motion to Compel Arbitration to allow adequate time for Plaintiffs' counsel to confer with their clients and to fully respond to the Motion to Compel Arbitration once they received the requested records. (ECF 23, 24.)

4.	On April 8, 2025, Defendants produced certain requested files and communicated its intention to file an Amended Motion to Compel Arbitration.

5.	Defendants filed an Amended Motion to Compel Arbitration on April 11, 2025. (ECF 25.)

6.	Plaintiffs requested and were granted an extension of time to respond to the Amended Motion, which extended Plaintiff's deadline two (2) weeks to May 16, 2025. (ECF 26, 27.)

7.	Based on the upcoming Labor Day holiday and resulting delays discussing the content of Plaintiffs' Response, undersigned counsel requires additional time to confer with his clients and fully respond to the Response. Defendant respectfully asks that its deadline to reply to the Response to the Motion to Compel Arbitration be extended from May 30, 2025 by one (1) week to June 6, 2025.

8.	Defendant's counsel conferred with plaintiff's counsel by email on May 23, 2025, and confirmed that Plaintiffs do not oppose the relief sought herein.

9.	This request is made in good faith and not to cause undue delay. No party will be prejudiced by the relief sought herein.

10. This is the first request for an extension of time to file a reply to the response to the Amended Motion to Compel Arbitration, with two extensions previously granted for Plaintiffs' response to the Motion to Compel Arbitration briefing.

11. Pursuant to Local Rule 6.1(c), a copy of this motion has been served on Defendant and all attorneys of record.

WHEREFORE, Defendants respectfully move this Court to extend the date on which a reply to the Response to the Amended Motion to Compel Arbitration is due by one (1) week from May 30, 2025 to June 6, 2025.

Dated: May 23, 2025

Respectfully submitted,

/s/ James Beard

MERCHANT & GOULD, P.C.
Rachel Scobie
rscobie@merchantgould.com
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone:   612.332.5300
Facsimile:    612.332.9081

Jonathan Berschadsky
jberschadsky@merchantgould.com
500 5th Avenue, Suite 4100
New York, New York 10110
Telephone:   212.223.7241
Facsimile:    612.332.9081

James W. Beard
jbeard@merchantgould.com
1801 California St., Suite 3300
Denver, CO 80202
Telephone:   303.357.1670
Facsimile:    612.332.9081

*Attorneys for Defendant Photobucket.com, Inc.*

**CERTIFICATE OF SERVICE**

    I, James Beard, an attorney, hereby certify that on May 23, 2025, I served the foregoing unopposed motion for extension of time on all counsel of record electronically by filing it via CM/ECF.

<u>*/s/ James Beard*</u>
James Beard