IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03432-NRN

MAC PIERCE,
NIKI HUGHES,
SEAN HUGHES, and
VALERIE CUMMING, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PHOTOBUCKET, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that a Scheduling Conference shall be held on October 10, 2025, at 2:00 p.m. Parties are directed to confer and submit their Proposed Scheduling Order to the Court by or on October 7, 2025. Five minutes prior to the start of the hearing, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.

Date: September 15, 2025