IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-03432-PAB-NRN | Date:  September 15, 2025 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom A401 |

| Parties: | Counsel: |
|---|---|
| MAC PIERCE, NIKI HUGHES, SEAN HUGHES, & VALERIE CUMMING, Individually and on Behalf of All Others Similarly Situated, | Aaron Tucek<br>Isaac Green |
| Plaintiffs, | |
| v. | |
| PHOTOBUCKET INC., | James Beard<br>Jonathan Bershadsky |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**11:31 a.m.    Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court regarding Defendant Photobucket.Com, Inc.'s Motion to Stay (Dkt. #43).

Arguments by counsel.

For the reasons stated on the record, it is

**ORDERED:**  Defendant Photobucket.Com, Inc.'s Motion to Stay (**Dkt. #43**) is **DENIED**.

A **telephonic Scheduling Conference** set for **October 10, 2025 at 2:00** p.m. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall**

**call the conference line 571-353-2301, Access Code 841686937# to participate.**

By close of business on October 7, 2025, counsel shall file their proposed Scheduling Order (in PDF) in compliance with the ECF Filing Procedures and shall also email a copy of the proposed Scheduling Order (as a Microsoft Word document) to Neureiter_Chambers@cod.uscourts.gov.

**12:10 p.m.    Court in recess.**

Hearing concluded.
Total in-court time: 00:39

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.