IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03432-PAB-NRN

MAC PIERCE,
NIKI HUGHES,
SEAN HUGHES, and
VALERIE CUMMING, on behalf of all other similarly situated,

    Plaintiffs,

v.

PHOTOBUCKET INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Defendant Photobucket.com, Inc.'s Motion to Dismiss [Docket No. 50].

    On December 1, 2025, plaintiffs filed an amended complaint. Docket No. 51. "The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded." *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 148269, at *1 (D. Colo. Jan. 11, 2010). Because the motion to dismiss is directed at plaintiffs' original complaint, *see* Docket No. 50, the motion is moot.

    Wherefore, it is

    **ORDERED** that Defendant Photobucket.com, Inc.'s Motion to Dismiss [Docket No. 50] is **DENIED without prejudice as moot**.

    DATED December 8, 2025.